IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| EARL DANIEL COOPER, JR. | § | |
| VS. | § | CIVIL ACTION NO.  9:15cv176 |
| WILLIAM STEPHENS | § | |

ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Earl Daniel Cooper, Jr., proceeding *pro se*, filed the above-styled civil rights lawsuit.  The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable orders of this court.

Plaintiff has filed a motion for voluntary dismissal (doc. no. 51).  The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that the motion be granted and this lawsuit dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings.  No objections to the Report and Recommendation were filed by the parties.[1]

ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**.  Plaintiff's motion to dismiss is **GRANTED**. A final judgment shall be entered dismissing this lawsuit.

**So Ordered and Signed**

**Feb 14, 2018**

_____
Ron Clark, United States District Judge

---

[1]  Plaintiff has notified the court that he does not object to the Report and Recommendation.